## DALE M. SWEENEY *v.* DENNIS R. SWEENEY

The defendant's petition for certification for appeal from the Appellate Court, 75 Conn. App. 279 (AC 23373), is granted, limited to the following issue:

"Whether the Appellate Court correctly concluded that a pendente lite order entered in a dissolution of marriage action, relating to the religious and educational upbringing of a minor child, was not a final judgment."

The Supreme Court docket number is SC 16978.

*Laura-Ann Simmons* and *Anthony A. Piazza*, in support of the petition.

Decided April 17, 2003

## STATE OF CONNECTICUT *v.* EVARISTO GONZALEZ, FKA WILLIAM SANCHEZ, FKA FELIX APONTE

The defendant's petition for certification for appeal from the Appellate Court, 74 Conn. App. 580 (AC 21597), is denied.

*David B. Rozwaski*, special public defender, in support of the petition.

*Rita M. Shair*, senior assistant state's attorney, in opposition.

Decided April 24, 2003